John M. Naylor
Nevada Bar No. 5435
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendants Pacific Payment Technologies d/b/a Ubiquity, Tre'lage, LLC, Neil Haboush, Neil Sollinger, Mark Soller, Pasha Sollinger and Nancy LaBier*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GAIA BOTANICALS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PAYMENT TECHNOLOGIES, LLC d/b/a, UBIQUITY, TRE'LAGE, LLC, MARIN RAIN, INC., NEIL HABOUSH, NEIL SOLLINGER, MARK SOLLER, JAMES T. LOVERN, PASHA SOLLINGER, NANCY E. LABIER, Does 1-50 and XYZ Corps., 1-50,<br><br>Defendants. | Case No. 2:18-cv-00789-APG-PAL<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANTS PACIFIC PAYMENT TECHNOLOGIES, LLC d/b/a, UBIQUITY, TRE'LAGE, LLC, NEIL HABOUSH, NEIL SOLLINGER, MARK SOLLER, PASHA SOLLINGER AND NANCY E. LABIER'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint filed: May 1, 2018 |

Plaintiff, Gaia Botanicals, LLC ("Plaintiff"), and Defendants Pacific Payment Technologies d/b/a Ubiquity, Tre'lage, LLC, Neil Haboush, Neil Sollinger, Mark Soller, Pasha Sollinger and Nancy LaBier ("Stipulating Defendants"), by and through their respective counsel, file this Joint Stipulation Extending Defendants' Time to File an Answer or Otherwise Respond to Plaintiff's Complaint (First Request). Stipulating Defendants request an extension up to and including August 17, 2018 to answer or otherwise respond to Plaintiff's Complaint.

Plaintiff filed its Complaint on May 1, 2018. (ECF No. 1). Summons were issued to all

Defendants on June 19, 2018. (ECF No. 16). Good cause exists to extend the time for Stipulating Defendants to respond to the Complaint. This case involves multiple Defendants who were served on different dates, and Stipulating Defendants have all retained Naylor & Braster as counsel. The extension will establish a uniform date for all Stipulating Defendants to respond and will provide sufficient time for Naylor & Braster to review the case.

This is the first stipulation for extension of time for time for Stipulating Defendants to respond to Plaintiff's Complaint. This stipulation is made in good faith and will not prejudice any party.

| | |
|---|---|
| LIPSON NEILSON P.C. | NAYLOR & BRASTER |
| By: */s/ Kaleb D. Anderson* <br> Kaleb D. Anderson <br> Nevada Bar No. 7582 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, NV 89144 | By: */s/ Andrew J. Sharples* <br> John M. Naylor <br> Nevada Bar No. 5435 <br> Andrew J. Sharples <br> Nevada Bar No. 12866 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 |
| KENT, BEATTY & GORDON, LLP | |
| Joshua B. Katz (*pro hac vice*) <br> Eleven Times Square <br> New York, NY 10036 | *Attorneys for Defendants Pacific Payment Technologies d/b/a Ubiquity, Tre'lage, LLC, Neil Haboush, Neil Sollinger, Mark Soller, Pasha Sollinger and Nancy LaBier* |
| *Attorneys for Plaintiff* | |

**ORDER**

IT IS SO ORDERED that Defendants Pacific Payment Technologies d/b/a Ubiquity, Tre'lage, LLC, Neil Haboush, Neil Sollinger, Mark Soller, Pasha Sollinger and Nancy LaBier have up to and including August 17, 2018 to file an answer or otherwise respond to Plaintiff's Complaint

Dated this 2nd day of August 2018.

_____
UNITED STATES MAGISTRATE JUDGE