```
 1  LIPSON NEILSON P.C.
    Kaleb D. Anderson, Esq.
 2  Nevada Bar No. 7582
    9900 Covington Cross Drive, Suite 120
 3  Las Vegas, Nevada 89144
    Phone: (702) 382-1500
 4  Fax: (702) 382-1512
    kanderson@lipsonneilson.com
 5
 6  KENT, BEATTY & GORDON, LLP
    Joshua B. Katz, Esq.
 7  Eleven Times Square
    New York, NY 10036
 8  Phone: (212) 421-4300
    jbk@kbg-law.com
 9  Admitted to Practice Pro Hac Vice
    Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GAIA BOTANICALS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>PACIFIC PAYMENT TECHNOLOGIES, LLC d/b/a UBIQUITY, TRE'LAGE, LLC, MARIN RAIN, INC., NEIL HABOUSH, NEIL SOLLINGER, MARK SOLLER, JAMES T. LOVERN, PASHA SOLLINGER, NANCY E. LABIER, Does 1-50 and XYZ Corps., 1-50,<br><br>                Defendants. | CASE NO. 2:18-cv-00789-APG-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS THE FIRST SECOND AND FOURTH CLAIMS**<br><br>**(FIRST REQUEST)** |

      Plaintiff Gaia Botanicals, by and through their counsel of record, and Defendants Pacific Payment Technologies LLC d/b/a Ubiquity, Tre'Lage, LLC, Neil Haboush, Neil Sollinger, Mark Soller, Pasha Sollinger and Nancy LaBier (collectively "Defendants") by and through their counsel of record, hereby stipulate and agree that Plaintiff may have up

through and including September 14, 2018 to file its Opposition to Defendants' Motion to Dismiss the First Second and Fourth Claims [ECF No. 32] filed on August 17, 2018 in the above-captioned matter. The parties further agree that Defendants will then have up through and including September 28, 2018 to file a Reply.

This is the first such extension requested by the parties.

IT IS SO STIPULATED on this 27th day of August, 2018.

| LIPSON NEILSON P.C. | NAYLOR & BRASTER |
|---|---|
| /s/ Kaleb Anderson | /s/ John M. Naylor |
| KALEB D. ANDERSON, ESQ. | JOHN M. NAYLOR, ESQ. |
| (NV Bar No. 7582) | (NV Bar No. 5435) |
| 9900 Covington Cross Drive, Ste 120 | ANDREW J. SHARPLES, ESQ. |
| Las Vegas, Nevada 89144 | (NV Bar No. 12866 |
| (702) 382-1500 | 1050 Indigo Drive, Suite 200 |
| kanderson@lipsonneilson.com | Las Vegas, NV 89145 |
| | (702) 420-7000 |
| and | jnaylor@nblawnv.com |
| | asharples@nblawnv.com |
| KENT, BEATTY & GORDON, LLP | |
| Joshua B. Katz, Esq. | Attorneys for Defendants Pacific Payment Technologies LLC d/b/a Ubiquity, Tre'Lage, LLC, Neil Haboush, Neil Sollinger, Mark Soller, Pasha Sollinger and Nancy LaBier |
| Eleven Times Square | |
| New York, NY 10036 | |
| Phone: (212) 421-4300 | |
| jbk@kbg-law.com | |
| Admitted Pro Hace Vice | |
| Attorneys for Plaintiff | |

## ORDER

IT IS SO ORDERED THAT Plaintiff may have up through and including September 14, 2018 to file its Opposition to Defendants' Motion to Dismiss the First Second and Fourth Claims [ECF No. 32]. The parties further agree that Defendants will then have up through and including September 28, 2018 to file a Reply.

_____
UNITED STATES DISTRICT JUDGE
Dated: August 28, 2018.