LIPSON NEILSON P.C.
Kaleb D. Anderson, Esq.
Nevada Bar No. 7582
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
kanderson@lipsonneilson.com

KENT, BEATTY & GORDON, LLP
Joshua B. Katz, Esq.
Eleven Times Square
New York, NY 10036
Phone: (212) 421-4300
jbk@kbg-law.com
*Admitted to Practice Pro Hac Vice*
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GAIA BOTANICALS, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>PACIFIC PAYMENT TECHNOLOGIES, LLC d/b/a UBIQUITY, TRE'LAGE, LLC, MARIN RAIN, INC., NEIL HABOUSH, NEIL SOLLINGER, MARK SOLLER, JAMES T. LOVERN, PASHA SOLLINGER, NANCY E. LABIER, Does 1-50 and XYZ Corps., 1-50,<br><br>            Defendants. | CASE NO. 2:18-cv-00789-APG-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS THE FIRST SECOND AND FOURTH CLAIMS**<br><br>**(SECOND REQUEST)**<br><br>**ORDER** |

Plaintiff Gaia Botanicals, by and through their counsel of record, and Defendants Pacific Payment Technologies LLC d/b/a Ubiquity, Tre'Lage, LLC, Neil Haboush, Neil Sollinger, Mark Soller, Pasha Sollinger and Nancy LaBier (collectively "Defendants") by and through their counsel of record, hereby stipulate and agree that Plaintiff may have up through and including September 21, 2018 to file its Opposition to Defendants' Motion to

Dismiss the First Second and Fourth Claims [ECF No. 32] filed on August 17, 2018 in the above-captioned matter. The parties further agree that Defendants will then have up through and including October 5, 2018 to file a Reply.

This is the second such extension requested by the parties and is not made to cause delay or prejudice to any party.

IT IS SO STIPULATED on this 7th day of September, 2018.

LIPSON NEILSON P.C.

/s/ Kaleb Anderson
KALEB D. ANDERSON, ESQ.
(NV Bar No. 7582)
9900 Covington Cross Drive, Ste 120
Las Vegas, Nevada 89144
(702) 382-1500
kanderson@lipsonneilson.com

and

KENT, BEATTY & GORDON, LLP
Joshua B. Katz, Esq.
Eleven Times Square
New York, NY 10036
Phone: (212) 421-4300
jbk@kbg-law.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

NAYLOR & BRASTER

/s/ John M. Naylor
JOHN M. NAYLOR, ESQ.
(NV Bar No. 5435)
ANDREW J. SHARPLES, ESQ.
(NV Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000
jnaylor@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendants Pacific Payment Technologies LLC d/b/a Ubiquity, Tre'Lage, LLC, Neil Haboush, Neil Sollinger, Mark Soller, Pasha Sollinger and Nancy LaBier*

## ORDER

IT IS SO ORDERED THAT Plaintiff may have up through and including September 21, 2018 to file its Opposition to Defendants' Motion to Dismiss the First Second and Fourth Claims [ECF No. 32]. The parties further agree that Defendants will then have up through and including October 5, 2018 to file a Reply.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 10, 2018.