John M. Naylor
Nevada Bar No. 5435
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendants Pacific Payment Technologies d/b/a Ubiquity, Tre'lage, LLC, Neil Haboush, Neil Sollinger, Mark Soller, Pasha Sollinger and Nancy LaBier*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GAIA BOTANICALS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC PAYMENT TECHNOLOGIES, LLC d/b/a, UBIQUITY, TRE'LAGE, LLC, MARIN RAIN, INC., NEIL HABOUSH, NEIL SOLLINGER, MARK SOLLER, JAMES T. LOVERN, PASHA SOLLINGER, NANCY E. LABIER, Does 1-50 and XYZ Corps., 1-50,<br><br>  Defendants. | Case No. 2:18-cv-00789-APG-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS PACIFIC PAYMENT TECHNOLOGIES, LLC d/b/a, UBIQUITY, TRE'LAGE, LLC, NEIL HABOUSH, NEIL SOLLINGER, MARK SOLLER, PASHA SOLLINGER AND NANCY E. LABIER TO FILE THEIR REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 32]**<br><br>**(SECOND REQUEST)**<br><br>Complaint filed: May 1, 2018 |

Plaintiff, Gaia Botanicals, LLC ("Plaintiff"), and Defendants Pacific Payment Technologies d/b/a Ubiquity, Tre'lage, LLC, Neil Haboush, Neil Sollinger, Mark Soller, Pasha Sollinger and Nancy LaBier ("Stipulating Defendants"), by and through their respective counsel, file this Stipulation for Extension of Time for Stipulating Defendants to file their reply in support of their pending Motion to Dismiss (ECF No. 32). Stipulating Defendants request an extension up to and including October 12, 2018 to file their reply in support of the pending Motion to Dismiss.[1]

---

[1] This is the second request for an extension as the stipulation entered on August 28, 2018, provided Stipulating Defendants with two weeks to file their reply from the date of Plaintiff's

This stipulation is made in good faith and will not prejudice any party. This stipulation is requested due to a personal family emergency of lead counsel for Stipulating Defendants, necessitating his travel out of state.

Dated this 2nd day of October 2018.

| | |
|---|---|
| LIPSON NEILSON P.C. | NAYLOR & BRASTER |
| By: */s/ Joshua B. Katz*<br>Kaleb D. Anderson<br>Nevada Bar No. 7582<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br><br>KENT, BEATTY & GORDON, LLP<br><br>Joshua B. Katz (*pro hac vice*)<br>Eleven Times Square<br>New York, NY 10036<br><br>*Attorneys for Plaintiff* | By: */s/ Jennifer L. Braster*<br>John M. Naylor<br>Nevada Bar No. 5435<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>Andrew J. Sharples<br>Nevada Bar No. 12866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendants Pacific Payment Technologies d/b/a Ubiquity, Tre'lage, LLC, Neil Haboush, Neil Sollinger, Mark Soller, Pasha Sollinger and Nancy LaBier* |

## ORDER

IT IS SO ORDERED that Defendants Pacific Payment Technologies d/b/a Ubiquity, Tre'lage, LLC, Neil Haboush, Neil Sollinger, Mark Soller, Pasha Sollinger and Nancy LaBier have up to and including October 12, 2018 to file their reply in support of the Motion to Dismiss.

Dated: October 2, 2018.

_____
UNITED STATES DISTRICT JUDGE

---

opposition. (ECF No. 36).