## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GAIA BOTANICALS, LLC,<br><br>                 Plaintiff,<br>v.<br><br>PACIFIC PAYMENT TECHNOLOGIES, LLC d/b/a UBIQUITY, TRE'LAGE, LLC, MARIN RAIN, INC., NEIL HABOUSH, NEIL SOLLINGER, MARK SOLLER, JAMES T. LOVERN, PASHA SOLLINGER, NANCY E. LABIER, Does 1-50 and XYZ Corps., 1-50,<br><br>                 Defendants. | Case No.: 2:18-cv-00789-APG-BNW<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANTS**<br><br>[ECF No. 66] |

Plaintiff GAIA BOTANICALS, LLC moves for Default Judgment against defendants PACIFIC PAYMENT TECHNOLOGIES, LLC d/b/a UBIQUITY ("Pacific"), TRE'LAGE, LLC, ("Tre'lage"), MARIN RAIN, INC. ("Marin Rain") JAMES T. LOVERN ("Lovern"), NEIL HABOUSH ("Haboush"), NEIL SOLLINGER ("N. Sollinger"), NANCY E. LABIER ("Labier"), PASHA SOLLINGER ("P. Sollinger"), and MARK SOLLER ("Soller") (collectively, "All Defendants"). ECF No. 66. The Clerk of the Court previously entered Defaults against all of the defendants. ECF No. 60. The plaintiff's motion properly addresses the factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986). Thus, entry of Default Judgment against All Defendants is appropriate for the reasons set forth in the Motion.

Plaintiff seeks damages for misappropriated credit card receipts in the amount of $132,092.77, to be trebled as to All Defendants except P. Sollinger and Soller under 18 U.S.C. § 1964(c), for a total of $396,278.31. Plaintiff also seeks to tax costs in the amount of $400.00, representing the filing fee for commencing this action.

I will grant the motion and award Plaintiff the requested relief by entering judgment in its favor and against Pacific, Tre'lage, Marin Rain, Lovern, Haboush, N. Sollinger, and Labier for the sum of $396,678.31, and against P. Sollinger and Soller for the sum of $132,492.77.

I HEREBY ORDER that the Plaintiff's Motion for Default Judgment Against Defendants Pacific Payment Technologies, LLC d/b/a Ubiquity, Tre'lage, LLC, Marin Rain, Inc., James T. Lovern, Neil Haboush, Neil Sollinger, Nancy E. Labier, Pasha Sollinger, and Mark Soller **(ECF No. 66) is GRANTED.**

I FURTHER ORDER that judgment be entered against Pacific Payment Technologies, LLC d/b/a Ubiquity, Tre'lage, LLC, Marin Rain, Inc., James T. Lovern, Neil Haboush, Neil Sollinger, and Nancy E. Labier in the amount of $396,678.31.

I FURTHER ORDER that judgment be entered against Pasha Sollinger and Mark Soller in the amount of $132,492.77.

Dated: October 23, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE