# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Gaia Botanicals, LLC, | **DEFAULT** |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | Case Number: 2:18-cv-00789-APG-BNW |
| Pacific Payment Technologies, LLC et al., | |
| Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Plaintiff Gaia Botanicals, LLC and against Defendants Pacific Payment Technologies, LLC, Trelage, LLC, Marin Rain, Inc., James T. Lovern, Neil Haboush, Neil Sollinger, and Nancy E. Labier in the amount of $396,678.31.

10/24/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk