# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Gaia Botanicals, LLC,

                Plaintiff,

v.

Pacific Payment Technologies, LLC et al.,

                Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number:  2:18-cv-00789-APG-BNW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Plaintiff Gaia Botanicals, LLC and against Defendants Pasha Sollinger and Mark Soller in the amount of $132,492.77.

10/24/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk